■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT WALKER, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed September 12, 1977, upon his conviction of manslaughter in the first degree, on a plea of guilty, the sentence being an indeterminate prison term of from 8 to 24 years. Sentence reversed, on the law, and the case is remanded to Criminal Term for resentencing. Under the statute then in effect the sentencing court, in fixing a minimum period of imprisonment, was required to set forth in the record the reasons for its actions (see Penal Law, § 70.00, subd 3, par [b], prior to its amdt L 1978, ch 481). Its failure to do so requires that the defendant be resentenced. O'Connor, J. P., Lazer, Mangano and Rabin, JJ., concur.

## THIRD DEPARTMENT, DECEMBER, 1979

### (December 4, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PRATT, JR., Appellant.—Application to dismiss appeal by reason of defendant's death granted and matter remanded to the trial court to vacate the conviction and dismiss the indictment, *sua sponte,* or on application by the District Attorney or the attorney who appeared for defendant. (See *People v Mintz,* 20 NY2d 770). Mahoney, P. J., Sweeney, Staley, Jr., Mikoll and Herlihy, JJ., concur.